IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES NELSON,

    Plaintiff,

v.                                      CASE NO. 4:10-cv-00398-MP-WCS

CORRECTIONS CORPORATION OF AMERICA, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as an abuse of the judicial process and that plaintiff's motion for leave to proceed *in forma pauperis*, Doc. 2 , be denied pursuant to 28 U.S.C. § 1915(g).  The plaintiff filed objections, Doc. 5, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C).  The Court agrees that this suit should be dismissed pursuant to the three-strikes rule and that *in forma pauperis* status should be denied.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    Plaintiff's complaint, Doc. 1, is **DISMISSED** as an abuse of the judicial process and plaintiff's motion for leave to proceed *in forma pauperis*, Doc. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g).  The Clerk of Court is directed to note on the docket that this cause was dismissed as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    **DONE AND ORDERED** this *22nd* day of June, 2011

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge